# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DALE SUTTON**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 1:09-CV-189-SA-JAD**

**PARRETT TRUCKING, LLC, et al.**　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Pursuant to an opinion to be released this day, the Plaintiff's Motion to Remand [12] is **DENIED**.

So ordered, this the 28th day of October, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Sharion Aycock**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**